MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
ADAM A. VUKOVIC (State Bar No. 301392)
aav@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| Anthony Current,<br><br>            Plaintiff,<br><br>     vs.<br><br>Wells Fargo Bank, N.A.,<br><br>            Defendant. | Case No. 4:18-cv-00313-YGR<br><br>**[PROPOSED] ORDER STAYING MATTER PENDING COMPLETION OF ARBITRATION; ORDER SETTING COMPLIANCE HEARING**<br><br>*as modified by the Court*<br><br>The Hon. Yvonne Gonzalez Rogers<br><br>Action Filed:   January 15, 2018<br>Trial Date:     Not set. |

     Pursuant to the Stipulation to Stay Matter Pending Completion of Arbitration agreed to and submitted by the parties, this action is hereby referred to binding arbitration before the American Arbitration Association ("AAA"), and is stayed in its entirety pending completion of the arbitration.

     The Court further **SETS** a compliance hearing regarding the status of the arbitration to be held on **Friday, September 7, 2018** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

1   By no later than **August 31, 2018**, the parties shall file
2 either (a) an update regarding the status of the arbitration; or
3 (b) a one-page joint statement setting forth an explanation for
4 their failure to comply.  If compliance is complete, the parties
5 need not appear, and the compliance hearing will be taken off
6 calendar.
7   Telephonic appearances will be allowed if the parties have
8 submitted a joint statement in a timely fashion.
9   **IT IS SO ORDERED.**
10 DATED: March 22, 2018

_____
Hon. Yvonne Gonzalez Rogers