MARK D. LONERGAN (State Bar No. 143622)
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
ADAM A. VUKOVIC (State Bar No. 301392)
aav@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| Anthony Current,<br><br>    Plaintiff,<br><br>vs.<br><br>Wells Fargo Bank, N.A.,<br><br>    Defendant. | Case No. 4:18-cv-00313-YGR<br><br>**JOINT STATUS REPORT ON ARBITRATION**<br><br>The Hon. Yvonne Gonzalez Rogers<br><br>Action Filed:   January 15, 2018<br>Trial Date:     Not set. |

Plaintiff Anthony Current ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, the "Parties") jointly submit this Status Report pursuant to the Court's March 22, 2018 Order. In support of this report, the Parties state as follows:

On March 22, 2018, the Court entered an Order (Dkt. No. 21) granting the Parties' Joint Stipulation to Stay the Case Pending Arbitration (Dkt. No. 21). In that Order, the Court ordered the case be "stayed in its entirety pending the completion of the arbitration." Dkt. No. 21. The Court set a compliance hearing for September 7, 2018 and further directed the Parties to file an update regarding the status of arbitration. *Id.* Pursuant to that Order, the Parties hereby provide the Court with the following joint status update.

1  Plaintiff initiated arbitration with the American Arbitration Association ("AAA") on or
2 about May 4, 2018. A scheduling conference with the arbitrator was held on August 1, 2018. The
3 arbitration hearing is set for January 4, 2019.

4  The Parties jointly request that this action remain stayed pending resolution of the
5 arbitration.

DATED: August 27, 2018    SEVERSON & WERSON
                          A Professional Corporation

                          By:    */s/ Adam A. Vukovic*
                                     Adam A. Vukovic

                          Attorneys for Defendant Wells Fargo Bank, N.A.

DATED: August 27, 2018    KAZEROUNI LAW GROUP, APC

                          By:    */s/ Matthew M. Loker*
                                     Matthew M. Loker

                          Attorneys for Plaintiff Anthony Current

## SIGNATURE CERTIFICATION

I, Adam A. Vukovic, am the ECF user whose identification and password are being used to file this joint report. Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Matthew Loker, counsel for Plaintiff Anthony Current, and that I have obtained Mr. Loker's authorization to affix his electronic signature to this document and she concurs in this filing.

DATED:  August 27, 2018         SEVERSON & WERSON
                                A Professional Corporation


                                By:    */s/ Adam A. Vukovic*
                                            Adam A. Vukovic

                                Attorneys for Defendant Wells Fargo Bank, N.A.