**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
Elizabeth A. Wagner, Esq. (317098)
elizabeth@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Anthony Current

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY CURRENT,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**WELLS FARGO BANK, N.A.,**<br><br>　　　　Defendants. | **Case No.:** 4:18-cv-00313-YGR<br><br>**STIPULATION OF DISMISSAL OF THE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**<br><br>**HON. YVONNE G. ROGERS** |

Plaintiff ANTHONY CURRENT ("Plaintiff") and Defendant WELLS FARGO BANK, N.A. ("Defendant"), by and through their undersigned counsel, respectfully submit this Stipulation of Voluntary Dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Plaintiff and Defendant hereby jointly stipulate to dismiss Plaintiff's claims WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Dated: January 22, 2019                               **KAZEROUNI LAW GROUP, APC**

                                                      By:  s/ Matthew M. Loker
                                                            MATTHEW M. LOKER, ESQ.
                                                            ATTORNEY FOR PLAINTIFF

                                                      **SEVERSON & WERSON**

                                                      By:  s/ Rebecca S. Saelao
                                                            REBECCA S. SAELAO, ESQ.
                                                            ATTORNEY FOR DEFENDANT

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to defense counsel and that I have obtained defense counsel's authorization to affix defense counsel's electronic signatures to this document.

Dated: January 22, 2019                               **KAZEROUNI LAW GROUP, APC**

                                                      By:  s/ Matthew M. Loker
                                                            MATTHEW M. LOKER, ESQ.
                                                            ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Case No.: 18-CV-00313-YGR      1 of 2      *Current v. Wells Fargo Bank, N.A.*
**STIPULATION OF DISMISSAL OF THE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Stipulation of Dismissal of the Action with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)* has been sent via e-mail and U.S. Mail this 22nd day of January 2019, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                ___/s/ Matthew M. Loker___
                                                MATTHEW M. LOKER, ESQ

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626