# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CURRENT,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | **Case No.:** 4:18-cv-00313-YGR<br><br>~~[PROPOSED]~~ **ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**HON. YVONNE GONZALEZ ROGERS** |

Based upon the Parties' Joint Stipulation (Dkt. No. 25), and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

This Order terminates Docket Number 25.

**IT IS SO ORDERED.**

Dated: January 23, 2019

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE